No. 91–5322. CHOU v. UNIVERSITY OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 91–5323. SINN v. BORG, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–5324. BAER v. DAHLBERG, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 91–5325. FORD v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–5326. DAVIS v. PHOENIX, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–5328. CORNISH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–5329. MALACOW v. CONSOLIDATED RAIL CORPORATION. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 91–5330. HUNTER v. DICKMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 91–5333. JOHNSON v. BROOKLAND COURTS COOPERATIVE. Ct. App. D. C. Certiorari denied.

No. 91–5334. MCKEITHAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–5335. JOHNSON, AKA BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–5337. FRIAS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–5338. WOODARD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–5339. ABATECOLA v. SMALL CLAIMS COURT VICTOR-VILLE JUDICIAL DISTRICT ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 91–5340. BERRY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.